FILED'08 AUG 11 15:44USDC-ORP

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

SETH MORGAN,                                        CV 07-1628-MA

        Plaintiff,                              JUDGMENT

   v.

MICHAEL J. ASTRUE,

        Defendant.

Based on the record and the opinion and order filed herewith, the final decision of the Commissioner is AFFIRMED and this case is DISMISSED.

IT IS SO ORDERED.

DATED this _11_ day of August, 2008.

                       /s/ Malcolm F. Marsh
                       Malcolm F. Marsh
                       United States District Judge

1- JUDGMENT